**Fill in this information to identify the case:**

Debtor 1: Phillip J McIntyre

Debtor 2: Sheri McIntyre
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio
(State)

Case number: 2:18-bk-54431

Official Form 410S1

# Notice of Mortgage Payment Change                                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7466

**Date of payment change:**
Must be at least 21 days after date of this notice: 06 / 01 / 2020

**New total payment:** $ 1,239.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 506.24          New escrow payment: $ 380.64

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%              New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Debtor 1    **Phillip J McIntyre**
First Name    Middle Name    Last Name

Case number *(if known)* 2:18-bk-54431

---

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 04 / 30 / 2020

Print: **Michelle R. Ghidotti-Gonsalves**
First Name    Middle Name    Last Name

Title **AUTHORIZED AGENT**

Company **Ghidotti Berger LLP**

Address **1920 Old Tustin Ave**
Number    Street

**Santa Ana, CA 92705**
City    State    ZIP Code

Contact phone ( 949 ) 427 – 2010

Email bknotifications@ghidottiberger.com

---

SN Servicing Corporation  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 22, 2020

SHERI A MCINTYRE  Loan:
PHILLIP J MCINTYRE
4005 MARSOL AVE  Property Address:
GROVE CITY OH  43123  4005 MARSOL AVENUE
GROVE CITY, OH  43123

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2019 to May 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 858.66 | 858.66 |
| Escrow Payment: | 506.24 | 380.64 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,364.90 | $1,239.30 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2019 |
| Escrow Balance: | (2,120.92) |
| Anticipated Pmts to Escrow: | 6,074.88 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $3,953.96 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2019 | | 703.56 | | | * | | 0.00 | 703.56 |
| Oct 2019 | | 3,517.80 | | | * | | 0.00 | 4,221.36 |
| Oct 2019 | | | | 7,628.97 | * | | 0.00 | (3,407.61) |
| Nov 2019 | | 351.78 | | | * | | 0.00 | (3,055.83) |
| Dec 2019 | | | | 1,879.33 | * | County Tax | 0.00 | (4,935.16) |
| Jan 2020 | | 351.78 | | | * | | 0.00 | (4,583.38) |
| Jan 2020 | | 351.78 | | | * | | 0.00 | (4,231.60) |
| Feb 2020 | | 1,055.34 | | | * | | 0.00 | (3,176.26) |
| Feb 2020 | | 351.78 | | | * | | 0.00 | (2,824.48) |
| Mar 2020 | | 351.78 | | | * | | 0.00 | (2,472.70) |
| Apr 2020 | | 351.78 | | | * | | 0.00 | (2,120.92) |
| | | | | | | Anticipated Transactions | 0.00 | (2,120.92) |
| Apr 2020 | | 5,568.64 | | | | | | 3,447.72 |
| May 2020 | | 506.24 | | | | | | 3,953.96 |
| | $0.00 | $13,462.26 | $0.00 | $9,508.30 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

**(The amount of surplus only exists if the loan is current; the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation     Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: April 22, 2020

SHERI A MCINTYRE            Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,953.96 | 2,283.82 |
| Jun 2020 | 380.64 | 1,879.33 | County Tax | 2,455.27 | 785.13 |
| Jul 2020 | 380.64 | | | 2,835.91 | 1,165.77 |
| Aug 2020 | 380.64 | | | 3,216.55 | 1,546.41 |
| Sep 2020 | 380.64 | | | 3,597.19 | 1,927.05 |
| Oct 2020 | 380.64 | 809.00 | Homeowners Policy | 3,168.83 | 1,498.69 |
| Nov 2020 | 380.64 | | | 3,549.47 | 1,879.33 |
| Dec 2020 | 380.64 | | | 3,930.11 | 2,259.97 |
| Jan 2021 | 380.64 | 1,879.33 | County Tax | 2,431.42 | 761.28 |
| Feb 2021 | 380.64 | | | 2,812.06 | 1,141.92 |
| Mar 2021 | 380.64 | | | 3,192.70 | 1,522.56 |
| Apr 2021 | 380.64 | | | 3,573.34 | 1,903.20 |
| May 2021 | 380.64 | | | 3,953.98 | 2,283.84 |
| | $4,567.68 | $4,567.66 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 761.28. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 761.28 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,953.96. Your starting balance (escrow balance required) according to this analysis should be $2,283.82. This means you have a surplus of 1,670.14. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 4,567.66. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 380.64 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $380.64 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
L. Bryant Jaquez, Esq. (SBN 252125)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Authorized Agent for Creditor
U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – COLUMBUS DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.:  2:18-bk-54431 |
| | ) |
| Phillip J McIntyre and Sheri McIntyre, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On April 30, 2020 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Phillip J McIntyre<br>4005 Marsol Avenue<br>Grove City, OH 43123 | **Chapter 13 Trustee**<br>Faye D. English<br>10 West Broad Street, Suite 1600<br>Columbus, OH 43215-3419 |
| **Joint Debtor**<br>Sheri McIntyre<br>4005 Marsol Avenue<br>Grove City, OH 43123 | **U.S. Trustee**<br>Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street, Suite 200<br>Columbus, OH 43215 |
| **Debtors' Counsel**<br>Garry A Sabol<br>1530 Demorest Road<br>Columbus, OH 43228 | |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on April 30, 2020 at Santa Ana, California

/*s / Jeremy Romero*/
Jeremy Romero

---

2

CERTIFICATE OF SERVICE